# IN THE SUPREME COURT OF PENNSYLVANIA

| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2535 Disciplinary Docket No. 3 |
|---|---|---|
| Petitioner | : | No. 169 DB 2018 |
| v. | : | Attorney Registration No. 201184 |
| SHARMIL DONZELLA McKEE, | : | (Philadelphia) |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of November, 2018, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Sharmil Donzella McKee is suspended on consent from the Bar of this Commonwealth for a period of one year and one day, consecutive to the two-year suspension ordered by this Court on October 18, 2017. *See ODC v. McKee*, No. 2395 DD3. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).